IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NORBERTO MEDINA-RODRIGUEZ**<br><br>    **Plaintiff,**<br><br>        **v.**<br><br>**PANADERIA Y SUPERMERCADO CHACHOS,**<br><br>    **Defendant** | **CIVIL NO. 16-2590 (PAD)** |

## JUDGMENT

In accordance with the order at Docket No. 6, plaintiff's claims are dismissed with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of November, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
